**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FLOYD W. THOMAS, JR., individually and on
behalf of all persons similarly situated,

               Plaintiff,

    v.

ALLIS-CHALMERS ENERGY, INC. and
AIRCOMP, LLC,

              Defendants.

Civil Action No.:  2:10-cv-01591-RCM

Judge Robert C. Mitchell

ELECTRONICALLY FILED

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT**

AND NOW, this 21st day of June 2012, upon consideration of Plaintiff's

Unopposed Motion for Preliminary Approval of the Settlement Agreement, the Court grants

Plaintiff's Motion and ORDERS as follows:

    1.     The Parties' Settlement Agreement is preliminarily approved as fair, reasonable

and adequate;

    2.     For settlement purposes, the following State Settlement Class is provisionally

certified pursuant to Fed. R. Civ. P. 23, pending final approval of the settlement:  all individuals

who are current or former employees of Defendants Allis-Chalmers Energy Inc. or AirComp,

LLC (or its successor Archer Underbalanced Services LLC) who worked in the Commonwealth

of Pennsylvania at any time between December 16, 2008 and August 28, 2011, who were

classified as non-exempt and paid pursuant to a daily rate compensation system, including but

not limited to Operators and those in similarly titled positions;

    3.     Floyd W. Thomas, Jr. is preliminarily approved as the Representative of the State

Settlement Class;

4.      Berger & Montague, P.C. and Hardin & Hughes, LLP are preliminarily approved

as Class Counsel for the State Settlement Class;

5.      Heffler, Radetich & Saitta LLP is preliminarily approved as Claims Administrator

and the costs of claims administration are preliminarily approved;

6.      The proposed Class Notice and Claim Form are approved, and shall be sent out

pursuant to the terms of the Settlement Agreement; and

7.      The following schedule and procedures for completing the final approval process

as set forth in the parties' Settlement Agreement are hereby approved:

| | |
|---|---|
| Defendants to send CAFA Notice | Within 5 business days after submission of Settlement Agreement to the Court |
| The parties to provide a list of Federal and State Settlement Class Members to the Claims Administrator | Within 2 business days after preliminary approval |
| Plaintiff withdraws his Complaint in State Court | Within 5 business days after preliminary approval |
| Mailing of Class Notices and Claim Forms | Within 8 business days after preliminary approval |
| Reminder Postcard sent | 21 days after the mailing of Notice and Claim Forms |
| Plaintiff files his motion for approval of attorneys' fees and costs | 30 days after the mailing of Notice and Claim Forms |
| Deadline to postmark objections or requests for exclusion | 60 days after the mailing of Notice and Claim Forms |
| Deadline to postmark Claim Form | 60 days after the mailing of the Notice and Claim Forms |
| Interim report by Claims Administrator | Within 5 business days after the expiration of the Claims Submission Period |
| Final Approval Hearing | September 11, 2012, at 1 p.m., assuming the Court grants preliminary approval by June 22, 2012 |
| Effective Date | The date of final approval of the Settlement Agreement by the Court and expiration of the time for filing or noticing any appeal of the Final Approval Order (*i.e.*, 30 days from the Final Approval Order or any extension of the time for appeal); or if an appeal is filed, the date of final affirmation of the Final Approval Order on any appeal; the expiration of the time |

| | for petitions for allowance of appeal; and, if the petition is granted, the date of final affirmation of the Final Approval Order following review pursuant to that grant or the date of final dismissal of any appeal or proceedings under appeal |
|---|---|
| Defendants sends the Gross Settlement Amount to the Claims Administrator | Within 5 business days after the expiration of the Effective Date |
| Defendants execute Election Statement | Within 5 business days after Defendants send the Gross Settlement Amount to the Claims Administrator |
| Claims Administrator pays the Named Plaintiff | Within 6 business days after the Effective Date |
| Claims Administrator pays approved Attorneys' Fees and Costs | Within 6 business days after the Effective Date |
| Claims Administrator provides counsel with all Claim Forms, final report and Settlement Awards to be Paid to all Eligible Class Members | Within 10 business days after the Effective Date |
| Claims Administrator Pays Net Settlement Fund to the Eligible Class members | Within 15 business days after the Effective Date |
| Checks remain valid | 180 days after issuance of checks to Eligible Class Members |

The Final Approval Hearing is hereby set for September 11, 2012 at 1:00 p.m.

BY THE COURT,

Honorable Robert C. Mitchell
United States Magistrate Judge

3