**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FLOYD W. THOMAS, JR., individually and on  :
behalf of all persons similarly situated,      :
                                               :   Civil Action No.:  2:10-cv-01591-RCM
                    Plaintiff,                 :
                                               :   Judge Robert C. Mitchell
          v.                                   :
                                               :   ELECTRONICALLY FILED
ALLIS-CHALMERS ENERGY, INC. and                :
AIRCOMP, LLC,                                  :
                                               :
                    Defendants.                :

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiff Floyd W. Thomas, Jr. ("Plaintiff") moves this Court for an Order:

1.     Granting final approval of the parties' Settlement Agreement, submitted to the

Court at Dkt. No. 183-2;

2.     For purposes of settling this lawsuit, finally certifying the following State

Settlement Class pending final approval of the settlement:  all individuals who are current or

former employees of Defendants Allis-Chalmers Energy Inc. or AirComp, LLC (or its successor

Archer Underbalanced Services LLC) who worked in the Commonwealth of Pennsylvania at any

time between December 16, 2008 and August 28, 2011, who were classified as non-exempt and

paid pursuant to a daily rate compensation system, including but not limited to Operators and

those in similarly titled positions;

3.     Appointing Floyd W. Thomas, Jr. as the Representative of the State Settlement

Class;

4.     Appointing Berger & Montague, P.C. and Hardin & Hughes, LLP as Class

Counsel for the State Settlement Class, and approving Class Counsel's fees and costs, as set forth

in Plaintiff's Motion for Approval of Fees and Costs;

5.      Appointing Heffler, Radetich & Saitta LLP as Claims Administrator and finally approving the costs of claims administration;

6.      Dismissing this class and collective action with prejudice.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Edward Sincavage of Heffler, Radetich & Saitta, and all other records, pleadings and papers on file in this action.

A proposed Order is submitted for the Court's consideration.

Dated: September 6, 2012                    Respectfully submitted,


                                            s/ Shanon J. Carson_____
                                            Shanon J. Carson (PA 85957)
                                            Sarah R. Schalman-Bergen (PA 206211)
                                            BERGER & MONTAGUE, P.C.
                                            1622 Locust Street
                                            Philadelphia, PA  19103
                                            Telephone: (215) 875-4656
                                            Facsimile: (215) 875-4604
                                            scarson@bm.net
                                            sschalman-bergen@bm.net


                                            David A. Hughes (*pro hac vice*)
                                            HARDIN & HUGHES, LLP
                                            2121 14th Street
                                            Tuscaloosa, AL 35401
                                            (205) 344-6690
                                            (205) 344-6188 (Facsimile)
                                            dhughes@hardinhughes.com

                                            *Attorneys for Plaintiff and the Class*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon counsel for Defendants through the Court's ECF system this 6th day of September, 2012, addressed as follows:

> Patrick W. Ritchey
> pritchey@reedsmith.com
>
> Charles W. Kelly
> cwkelly@kslawyers.com

> <u>s/ Sarah R. Schalman-Bergen</u>
> Sarah R. Schalman-Bergen